UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Charles L. Lloyd,

   Petitioner,

vs.                **ORDER**
                 Civil No. 05-635 (MJD/FLN)

J.F. Caraway, Acting Warden,

   Respondent.
_____

Charles L. Lloyd, pro se.

Paul A. Murphy, Esq., Assistant United States Attorney, for Respondent J.F. Caraway, Acting Warden
_____

  The above-entitled matter comes before the Court upon the objections by Petitioner Charles Lloyd to the Report and Recommendation of United States Magistrate Judge Franklin Noel dated April 5, 2005.  Petitioner Lloyd filed timely objections to that Report and Recommendation, specifically objecting to the recommended dismissal of his Petition for Writ of Habeas Corpus relief under 28 U.S.C. § 2241 [Docket No. 1].  The Report and Recommendation concluded that Petitioner had failed to demonstrate that his post-conviction proceedings under Section 2255 were inadequate or ineffective to test the legality of his detention.

1

Pursuant to statute, the Court has conducted a de novo review of the objections raised by Petitioner Lloyd, as well as the Petition and Memorandum in Support of Petition Pursuant to 28 U.S.C. §2241.  28 U.S.C. § 636(b)(1); Local Rule 72.1(c).  Based on that review the Court ADOPTS the Report and Recommendation dated April 5, 2005.

IT IS HEREBY ORDERED that:

1. Petitioner Charles L. Lloyd's Petition Pursuant to 28 U.S.C. §2241 [Docket No. 1] is DISMISSED with prejudice.

Dated:  May 31, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court